# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AASIM NASH** | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6209 |
| | : | |
| **RICHARD TODD,** *et al.*, | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 29th day of January, 2021, upon consideration of Aasim Nash's Amended Complaint (ECF No. 6) and *Motion for Miscellaneous Relief* (ECF No. 7), it is **ORDERED** that:

1. Nash's Amended Complaint is **DISMISSED, with prejudice**, for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The *Motion for Miscellaneous Relief* is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                          **BY THE COURT:**

                          /s/ *Nitza I. Quiñones Alejandro*
                          **NITZA I. QUIÑONES ALEJANDRO**
                          *Judge, United States District Court*